JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. ZIMAN, M.D., | Case No. 2:18-cv-06918-AFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WEI MI, M.D., LAWRENCE A. WEINBERG, M.D., NORTHRIDGE NEUROLOGICAL GROUP, INC., NNMG PENSION AND RETIREMENT PLAN, | |
| Defendants. | |

In accordance with the Opinion and Order Regarding Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED: 4/19/2022

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE