NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. ZIMAN, M.D. an individual<br><br>Plaintiff,<br><br>vs.<br><br>WEI MI, M.D., an individual; LAWRENCE A. WEINBERG, M.D., an individual; NORTHRIDGE NEUROLOGICAL MEDICAL GROUP, INC., a California corporation; NNMG PENSION AND RETIREMENT PLAN, a duly organized and qualified retirement plan;<br><br>Defendants. | CASE No: 2:18-cv-06918- AFM<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL AND RETENTION OF JURISDICTION** |

Based on the Parties' stipulation it is hereby ORDERED that this lawsuit be dismissed, with prejudice, with all parties to bear their own costs and fees.

///

///

///

///

///

The Parties shall comply with the settlement agreement between them. As requested by the Parties, this Court retains jurisdiction over this case in order to, if necessary, enforce the settlement agreement.

**It is So Ordered**

DATED: May 24, 2022

_____
 Alexander F. MacKinnon
United States Magistrate Judge